Aaron Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
VERIZON BUSINESS NETWORK SERVICES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>      v.<br><br>VERIZON BUSINESS NETWORK SERVICES INC.; and ROES 1 through 50,<br><br>              Defendants. | **Case No. 1:07-CV-01459-OWW-GSA**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Judge:**   The Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between DIANA ALKURGI ("JANE DOE"), by and through her counsel of record, and Verizon Business Network Services Inc., by and through its counsel of record, that the above-captioned matter be dismissed with prejudice.

Dated: June 18, 2008                HINKLE, JACKIMOWICZ, POINTER & EMANUEL

By:   /S/ Amy Carlson

Amy Carlson
Attorney for Plaintiff
Diana Alkurgi ("Jane Doe")

Dated: July 14, 2008                JONES DAY

By:   /S/ Aaron L. Agenbroad

Aaron L. Agenbroad
Attorney for Defendant
Verizon Business Network Services, Inc.

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **July 21, 2008**                                  **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE